USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
CAROL'S DAUGHTER HOLDINGS, INC.,

              Plaintiff,

v.

CAROL'S EXPRESS LLC, CVS PHARMACY,
INC., TURNS AND TRENDS, INC. and
DONYALE JERMAINE BUSH,

              Defendants.
------------------------------------- X

Case No. 08-CV-8498 (GBD)

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Plaintiff Carol's Daughter Holdings, LLC ("Carol's Daughter") and Defendant CVS Pharmacy, Inc. ("CVS") that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Carol's Daughter dismisses with prejudice all claims asserted against CVS in the above-captioned action. Carol's Daughter and CVS are to bear their own costs and fees, including attorney fees, incurred in connection with this action.

Dated: January 4, 2010
       New York, New York

MORRISON & FOERSTER LLP

_____
Rory J. Radding
Craig B. Whitney
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

Attorneys for Plaintiff

TIAJOLOFF & KELLY LLP

_____ 1/4/2010
Edward P. Kelly
Chrysler Building, 37th Floor
405 Lexington Avenue
New York, New York 10174
(212) 490-3285

Attorneys for Defendants

SO ORDERED:

_____ 1/4/10
Hon. George B. Daniels
United States District Judge

ANDREW J. PECK
United States Magistrate Judge
District of New York

ny-905585